# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**In Re:**

| | |
|---|---|
| **DANIEL WAYNE HUFF** | Case No. 10-55894 |
| **MELISSA DAWN HUFF** | Chapter 7 |
| Debtor(s) | Judge C. Kathryn Preston |
| | SSN: xxx.xx.9684 |
| | SSN: xxx.xx.3413 |

## NOTICE TO THE CLERK OF THE COURT
## UNCLAIMED FUNDS AND DIVIDENDS

The attached check in the amount of **$2.88** represents the total sum of unclaimed funds and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends and unclaimed funds are as follows:

| CREDITOR NAME & ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| (PLEASE SEE ATTACHED REPORT) | (PLEASE SEE ATTACHED REPORT) | (PLEASE SEE ATTACHED REPORT) |
| Total Unclaimed/Small (Dividends $25.00 or under) | Total Unclaimed (Dividends Over $25.00) | |
| 2.88 | | |

/s/Brent A Stubbins
Brent A Stubbins, Case Trustee

## CERTIFICATE OF SERVICE

**This is to certify** that the undersigned hereby certifies that a true copy of the foregoing Notice has been served electronically upon:

- Asst US Trustee (Col)
- Amy Elizabeth Gullifer
- Brent A Stubbins

and the following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

      Recovery Management Systems Corporation
      25 SE 2nd Avenue, Suite 1120
      Miami, Fl 33131

And by regular U S Mail upon the Debtor(s) and all parties in interest listed below on March 10, 2011.

DANIEL WAYNE HUFF
757 RIDGE AVENUE
CROOKSVILLE, OH 43731

MELISSA DAWN HUFF
757 RIDGE AVENUE
CROOKSVILLE, OH 43731